IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Susan R. Casagrande | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No.: 22-11245-ELF |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Objection to Proof of Claim numbered 3-1 filed by Cavalry SPV I, LLC on the following parties by electronic means or regular US mail:

ROBERT W. SEITZER
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103

CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-2200

Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

CT Corporation System
67 Burnside Avenue
East Hartford, CT 06108

Dated: 10/4/22

Brad J. Sadek, Esquire
Attorney for the Debtor
Sadek and Cooper
1500 JFK Boulevard, #220
Philadelphia, PA 19102
(215) 545-0008