IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Susan R. Casagrande | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No.: 22-11245-ELF |

## **ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Objection of the Debtor's Objection to Proof of Claim number 3-1 filed by Cavalry SPV I, LLC and any response thereto, it is

ORDERED AND DECREED that the Proof of Claim numbered 3-1 is Stricken

Further Ordered:

Dated:_____                    _____

                                            J.