IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | | |
|     Susan R. Casagrande | : | Chapter 13 |
| | : | |
|     Debtor(s) | : | Case No.: 22-11245-ELF |

## AMENDED NOTICE OF OBJECTION TO CLAIM

    Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed an Objection to the Proof of Claim filed by Cavalry SPV I, LLC numbered 3-1 for the reasons detailed in the enclosed Motion.

    1. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

    2. If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held on 11/16/22 at 10 a.m. in Courtroom #1. United States Bankruptcy Court 900 Market Street Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

    3. If you intend to appear at the hearing to contest the objection to your claim, you must notify the person listed below at least 7 days before the hearing date. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated:  October 12, 2022

    /s/ Brad J. Sadek, Esquire
    Brad J. Sadek, Esq.
    Counsel for Debtor(s)
    1500 JFK Boulevard
    Suite #220
    Philadelphia, PA 19102
    215-545-0008